JAY R. WEILL (State Bar No. 75434)
E-Mail: *jweill@sideman.com*
STEVEN M. KATZ (State Bar No. 164617)
E-Mail: *skatz@sideman.com*
TRAVIS W. THOMPSON (State Bar No. 309106)
E-Mail: *tthompson@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:    (415) 392-1960
Facsimile:    (415) 392-0827

Attorneys for SUSAN BARLAND as the
PERSONAL REPRESENTATIVE OF THE ESTATE
OF SIGURD ANDERSON

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUSAN BARLAND as the Personal Representative of the ESTATE OF SIGURD ANDERSON,<br><br>　　　　Defendant. | Case No. 3:20-cv-02881 SI<br><br>**DEFENDANT SUSAN BARLAND AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF SIGURD ANDERSON'S ANSWER TO COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>The Honorable Susan Illston |

Defendant SUSAN BARLAND ("Susan") acting as the Personal Representative of the ESTATE OF SIGURD ANDERSON ("the Estate") hereby answers the Complaint filed by Plaintiff UNITED STATES OF AMERICA ("Plaintiff") against Susan in her capacity as follows:

## ANSWER TO COMPLAINT

1. Answering Paragraph 1, Susan admits the allegations contained therein.

2. Answering Paragraph 2, Susan admits the allegations contained therein.

3.	Answering Paragraph 3, Susan admits the allegations contained therein.

4.	Answering Paragraph 4, Susan admits the allegation contained therein.

5.	Answering Paragraph 5, Susan admits the allegation contained therein.

6.	Answering Paragraph 6, Susan admits the allegation contained therein.

7.	Answering Paragraph 7, Susan admits the allegation contained therein.

8.	Answering Paragraph 8, Susan admits the allegation contained therein.

9.	Answering Paragraph 9, Susan alleges that 31 U.S.C § 5314 and 31 C.F.R. § 1010.350(c) speak for themselves.

10.	Answering Paragraph 10, Susan alleges that 31 U.S.C. § 5314 and 31 C.F.R. § 1010.306(c) speaks for themselves.

11.	Answering Paragraph 11, Susan alleges that 31 U.S.C. § 5321(a)(5) speaks for itself.

12.	Answering Paragraph 12, Susan lacks sufficient information to admit or deny the allegation contained therein.

13.	Answering Paragraph 13, Susan lacks sufficient information to admit or deny the allegation contained therein.

14.	Answering Paragraph 14, Susan lacks sufficient information to admit or deny the allegation contained therein.

15.	Answering Paragraph 15, Susan lacks sufficient information to admit or deny the allegation contained therein.

16.	Answering Paragraph 16, Susan lacks sufficient information to admit or deny the allegation contained therein.

17.	Answering Paragraph 17, Susan lacks sufficient information to admit or deny the allegation contained therein.

18.	Answering Paragraph 18, Susan lacks sufficient information to admit or deny the allegation contained therein.

19.	Answering Paragraph 19, Susan lacks sufficient information to admit or deny the allegation contained therein.

DEFENDANT SUSAN BARLAND AS THE PERSONAL REPRESENTATIVE
OF THE ESTATE OF SIGURD ANDERSON'S ANSWER TO COMPLAINT

1  20. Answering Paragraph 20, Susan lacks sufficient information to admit or deny the
2  allegation contained therein.

3  21. Answering Paragraph 21, Susan lacks sufficient information to admit or deny the
4  allegation contained therein.

5  22. Answering Paragraph 22, Susan lacks sufficient information to admit or deny the
6  allegation contained therein.

7  23. Answering Paragraph 23, Susan lacks sufficient information to admit or deny the
8  allegation contained therein.

9  24. Answering Paragraph 24, Susan lacks sufficient information to admit or deny the
10 allegation contained therein.

11 25. Answering Paragraph 25, Susan lacks sufficient information to admit or deny the
12 allegation contained therein.

13 26. Answering Paragraph 26, Susan lacks sufficient information to admit or deny the
14 allegation contained therein.

15 27. Answering Paragraph 27, Susan lacks sufficient information to admit or deny the
16 allegation contained therein.

17 28. Answering Paragraph 28, Susan lacks sufficient information to admit or deny the
18 allegation contained therein.

19 29. Answering Paragraph 29, Susan lacks sufficient information to admit or deny the
20 allegation contained therein.

21 30. Answering Paragraph 30, Susan lacks sufficient information to admit or deny the
22 allegation contained therein.

23 31. Answering Paragraph 31, Susan lacks sufficient information to admit or deny the
24 allegation contained therein.

25 32. Answering Paragraph 32, Susan lacks sufficient information to either admit or deny
26 the allegation contained therein.

27 33. Answering Paragraph 33, Susan lacks sufficient information to admit or deny the
28 allegation contained therein.

34. Answering Paragraph 34, Susan lacks sufficient information to admit or deny the allegation contained therein.

35. Answering Paragraph 35, Susan lacks sufficient information to admit or deny the allegation contained therein.

36. Answering Paragraph 36, Susan lacks sufficient information to admit or deny the allegation contained therein.

37. Answering Paragraph 37, Susan lacks sufficient information to admit or deny the allegation contained therein.

38. Answering Paragraph 38, Susan lacks sufficient information to admit or deny the allegation contained therein.

39. Answering Paragraph 39, Susan lacks sufficient information to admit or deny the allegation contained therein.

40. Answering Paragraph 40, Susan lacks sufficient information to admit or deny the allegation contained therein.

41. Answering Paragraph 41, Susan lacks sufficient information to admit or deny the allegation contained therein.

42. Answering Paragraph 42, Susan lacks sufficient information to admit or deny the allegation contained therein.

43. Answering Paragraph 43, Susan lacks sufficient information to either admit or deny the allegation contained therein.

44. Answering Paragraph 44, Susan denies the allegation contained therein.

45. Answering Paragraph 45, Susan denies the allegation contained therein.

46. Answering Paragraph 46, Susan denies the allegation contained therein.

## JURY DEMAND

47. Defendant Susan Barland acting as the Personal Representative of the Estate of Sigurd Anderson demands a trial by jury.

WHEREFORE, Defendant Susan Barland prays that:

1. Plaintiff take nothing by reason of its Complaint;

2. That judgment be entered in favor of Susan Barland acting as the Personal Representative of the Estate of Sigurd Anderson.

3. That Susan Barland and the Estate of Sigurd Anderson recover the costs of suit herein; and

4. For such other and further relief as the Court may deem just and proper.

DATED: June 4, 2020                    SIDEMAN & BANCROFT LLP

                                      By:     /s/ *Jay R. Weill*
                                              Jay R. Weill
                                              Attorneys for SUSAN BARLAND
                                              Acting as the Personal Representative of
                                              THE ESTATE OF SIGURD ANDERSON

9511-3\4419769v1