# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>SUSAN BARLAND,<br><br>Defendants. | Case No.  20-cv-02881-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: **October 16, 2020 at 3:00 PM**.
Counsel ***must*** file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF: **February 26, 2021**

DESIGNATION OF EXPERTS: **April 9, 2021**; REBUTTAL: **April 23, 2021**;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF: **June 4, 2021**

DISPOSITIVE MOTIONS **SHALL** be filed by: **July 9, 2021**;
    Opp. Due: **July 23, 2021**; Reply Due: **July 30, 2021**;
    and set for hearing no later than **August 13, 2021 at 10:00 AM**.

PRETRIAL CONFERENCE DATE: **October 26, 2021 at 3:30 PM.**

JURY TRIAL DATE: **November 8, 2021 at 8:30 AM**.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 2 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.

1    Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this
     action.

2         **IT IS SO ORDERED**.

3

4    Dated: August 3, 2020

5

6                                                      SUSAN ILLSTON
                                                       United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California