DAVID A. HUBBERT
Acting Assistant Attorney General

JEREMY N. HENDON (ORBN 982490)
ISAAC M. HOENIG, (New York Bar)
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 353-2466 (Hendon)
Phone: (202)-307-5963 (Hoenig)
Fax: (202) 307-0054
Jeremy.Hendon@usdoj.gov
Isaac.M.Hoenig@usdoj.gov

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUSAN BARLAND as the Personal Representative of the ESTATE OF SIGURD ANDERSON,<br><br>　　　　Defendant. | Case No. 3:20-cv-02881-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES**<br><br>Judge: Honorable Susan Illston |

　　　　Pursuant to Civil Local Rule 6–2, Plaintiff the United States of America and Defendant Susan Barland as the Personal Representative of the Estate of Sigurd Anderson (jointly, the "Parties") submit the following stipulation and request an Order extending the Parties' unexpired case deadlines while the parties negotiate a possible settlement. In support, the Parties aver as follows:

STIPULATION AND [PROPOSED] ORDER
3:20-cv-02881-SI

1. The Parties held a settlement conference with Judge Spero on September 23, 2021. (Dkt. 40).

2. At the conference, the Parties discussed the framework for a possible settlement, but additional information must be exchanged and discussed. To that end, Judge Spero set a further settlement conference for November 18, 2021, and has set other intermediate deadlines for the Parties as part of the settlement discussions. (Dkt. 41).).

3. Discovery in this case has closed and there are no pending discovery disputes.

WHEREFORE, to allow the Parties time to comply with Judge Spero's orders and attempt to negotiate a settlement, the Parties jointly request the following extension of the remaining unexpired case deadlines as follows:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| **Deadline to File Dispositive Motions** | October 15, 2021 | January 28, 2022 |
| **Deadline to File Oppositions re Dispositive Motions** | October 29, 2021 | February 11, 2022 |
| **Deadline to File Replies re Dispositive Motions** | November 5, 2021 | February 18, 2022 |
| **Last Day for Hearing on Dispositive Motions** | November 19, 2021 10:00 a.m. | March 4, 2022 |
| **Pretrial Conference** | December 21, 2021 3:30 p.m. | April 26, 2022 3:30 p.m. Or later date set by the Court. |
| **Jury Trial Date** | January 10, 2021 8:30 a.m. | ~~May 17, 2022~~ May 16, 2022 8:30 a.m. Or later date set by the Court. |

//

STIPULATION AND [PROPOSED] ORDER
3:20-cv-02881-SI

Dated: September 28, 2021

DAVID A. HUBBERT
Acting Assistant Attorney General

/s/ Isaac M. Hoenig
JEREMY N. HENDON
ISAAC M. HOENIG
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 353-2466
Fax: (202) 307-0054
Jeremy.Hendon@usdoj.gov
*Attorneys for the United States of America*

/s/ Jay Weill (with permission)
JAY R. WEILL (State Bar No. 75434)
E-Mail: jweill@sideman.com
TRAVIS W. THOMPSON (State Bar No. 309106)
E-Mail: tthompson@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone: (415) 392-1960
*Attorneys for SUSAN BARLAND as the PERSONAL REPRESENTATIVE OF THE ESTATE OF SIGURD ANDERSON*

STIPULATION AND [~~PROPOSED~~] ORDER
3:20-cv-02881-SI

1  **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

2  DATED: September 29, 2021

4  _____
   THE HONORABLE SUSAN ILLSTON
5  UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
3:20-cv-02881-SI

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Isaac M. Hoenig hereby attests that concurrence in the filing of this document has been obtained from all signatories above.

Dated: September 28, 2021

/s/ Isaac M. Hoenig
ISAAC M. HOENIG
Trial Attorney, Tax Division
U.S. Department of Justice

STIPULATION AND [PROPOSED] ORDER
3:20-cv-02881-SI

# CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties that have appeared in this case

*/s Isaac M. Hoenig*
ISAAC M. HOENIG
Trial Attorney, Tax Division
U.S. Department of Justice