*Return to*:   Margaret W. Ament
Department of Justice | Tax Division
Civil Trial Section | Western Region
P.O. Box 683 (Ben Franklin Station)
Washington, DC 20044

# ABSTRACT OF JUDGMENT
# NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. § 6323(f), creates a lien on all real property of the parties against whom judgment has been obtained, and has priority over all other liens or encumbrances that are perfected later in time.  The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal.  If such notice of renewal is filed before the expiration of the 20-year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Name and Address of Party against whom judgment was obtained | Name of Party in whose favor judgment was obtained |
|---|---|
| Susan Barland, as the Personal Representative for the Estate of Sigurd Anderson<br>46 Cedar Lane<br>Redway, CA  95560<br>HUMBOLDT COUNTY | United States of America |

| Amount of Judgment | Names of Creditor's Attorneys | Docketed |
|---|---|---|
| $734,649.62, plus statutory interest and penalties accruing beginning November 12, 2021. | U.S. Department of Justice<br>Tax Division<br>Civil Trial Section | Western Region<br>P.O. Box 683 | Ben Franklin Station<br>Washington, D.C. 20044 | November 16, 2021<br>No. 20-cv-02881-SI |

CLERK'S OFFICE
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Dated: _____, 2021

By: _____, Deputy Clerk